[No. 361. Decided July 7, 1892.]

ALEXANDER SMALL, *Appellant*, v. S. ·R. GEDDIS, *Respondent.*

APPEAL—STATEMENT OF FACTS—SUFFICIENCY OF CERTIFICATE.

Under Code Proc., § 1423, requiring the judge to certify that the statement of facts on appeal "contains all the material facts in the cause," a certificate is insufficient which certifies "that·the annexed and foregoing statement of facts, together with the exhibits on file in the clerk's office of Kittitas county, Washington, and filed in said cause, constitute all the material evidence and testimony in said cause."

*Appeal from Superior Court, Kittitas County.*

Motion to strike statement of facts.

*Richard Gowan,* and *Edward Pruyn,* for appellant.
*Reavis & Mires,* and *R. B. Milroy,* for respondent.

The opinion of the court was delivered by

ANDERS, C. J.—The respondent moves this court to strike the statement of facts from the transcript for the alleged reason that the same is not certified as required by law.

The certificate of the trial judge is "that the annexed and foregoing statement of facts, together with the exhibits on file in the clerk's office of Kittitas county, Washington, and filed in said cause, constitute all the material evidence and testimony in said cause."

While no particular form of certificate is prescribed, it is provided by the statute that "the certificate of the judge that the statement contains all the material facts in the cause shall be sufficient." Code Proc., § 1423. No statement of facts is therefore sufficiently authenticated to be considered a part of the record on appeal unless it appears from the judge's certificate that it at least contains all the

material facts in the cause.    In this case we are informed that the statement contains all the material evidence and testimory in the cause, and all the exhibits on file in said cause, whatever they may be, but as there may have been material *facts* before the court at the trial not shown by the evidence it follows that the certificate is clearly insufficient. See *Clark-Harris Company v. Douthitt, ante, p.* 465, and *Schlaechter v. Miller, ante, p.* 463.

The motion to strike the statement of facts is sustained, and as this is an equitable action and cannot be here re-tried without all of the facts upon which the judgment was based, the appeal must be dismissed.

SCOTT, HOYT, STILES and DUNBAR, JJ., concur.